# UNITED STATES DISTRICT COURT
### for the

_____Western_____ District of ____Virginia____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

**MAR - 3 2008**

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jamel Faulkner | ) |
| | ) Case No: 4:02CR70030-001; 4:03CR30099-003 |
| | ) USM No: 09493-084 |
| Date of Previous Judgment: April 21, 2004 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____  Amended Offense Level: _____

Criminal History Category: _____  Criminal History Category: _____

Previous Guideline Range: _____ to _____ months  Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Defendant is ineligible for a reduction in sentence because in one case he was already sentenced to the statutory minimum (4:02CR70030-001) and the second case involved more than 4.5 kilograms of cocaine base (4:02CR30099-003).

Except as provided above, all provisions of the judgment dated ___4/21/2004___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __3/3/08__

Effective Date: 3/3/08
(if different from order date)

_____
Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title